

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Feb 16 04:11:01 EST 2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [_____] OR    Jump    to record: [_____]    **Record 7 out of 20**

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **FOREVER FRESH** FOR THE FRIDGE |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Odor Neutralizing Preparation Which Attracts, Absorbs and Eliminates Odors In the Refrigerator and/or Freezer. FIRST USE: 20020227. FIRST USE IN COMMERCE: 20020227 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.02 - Plain single line rectangles; Rectangles (single line) |
| **Serial Number** | 78159666 |
| **Filing Date** | August 30, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 9, 2003 |
| **Registration Number** | 2819639 |
| **Registration Date** | March 2, 2004 |
| **Owner** | (REGISTRANT) World Wide Sales, Inc. CORPORATION MICHIGAN 4521 River Trail Bloomfield Hills MICHIGAN 48301 |

**08 C 1198**        **JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

| | |
|---|---|
| **Attorney of Record** | Brandon K. Buck |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST    NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME  | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY