**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 1198

In the Matter of                                             Case Number:

World Wide Sales, Inc. v. Church & Dwight Co., Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

World Wide Sales, Inc.

JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

| NAME (Type or print) |
| --- |
| Christopher E. Haigh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christopher E. Haigh/ |
| FIRM |
| Law Office of Christopher Haigh |
| STREET ADDRESS |
| 2038 N. Clark #105 |
| CITY/STATE/ZIP |
| Chicago, IL 60614 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 312-242-1685 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐