IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **World Wide Sales, Inc.** ) | | |
| a Michigan Corporation, ) | | |
| ) | **Case No. 08C 1198** | |
| Plaintiff, ) | | |
| v. ) | **Hon. Judge Kennelly** | |
| ) | **Magistrate Judge Brown** | |
| **Church & Dwight Co., Inc.** ) | | |
| a New Jersey Corporation, ) | | |
| ) | | |
| Defendant. ) | | |

## DEFENDANT'S MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a), Defendant, Church & Dwight Co., Inc. ("Church & Dwight"), moves to transfer this case to the United States District Court for the District of New Jersey. As set forth more fully in its accompanying Memorandum and Declaration of Bryan Harpine, Church & Dwight's grounds for this motion are as follows:

1. Plaintiff brings this lawsuit claiming that its rights in the trademark FOREVER FRESH FOR THE FRIDGE for a refrigerator odor neutralizer are being infringed by Church & Dwight's use of the trademark FRIDGE FRESH for a refrigerator air filter.

2. Plaintiff is a Michigan corporation with its principal place of business in Farmington Hills, Michigan. Church & Dwight is a New Jersey corporation with its principal place of business in New Jersey. Church & Dwight directs the manufacturing, marketing, and sales efforts of its FRIDGE FRESH product from its headquarters in New Jersey, where the relevant witnesses and records are also located.

-2-

3.      Transfer is warranted because this District has no material connection to either the parties or the central activities that gave rise to this lawsuit and New Jersey is a more convenient and appropriate forum.

WHEREFORE, Church & Dwight requests that the Court transfer this action to the United States District Court for the District of New Jersey, in Trenton, New Jersey.

Respectfully submitted,

DATED: April 7, 2008

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP

By:    ___/Bradley L. Cohn/_____
Raymond I. Geraldson, Jr. (0937649)
Bradley L. Cohn (6224692)
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

Attorneys for Defendant,
Church & Dwight Co., Inc.