IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **World Wide Sales, Inc.**  )<br>a Michigan Corporation,  )<br>  )<br>    Plaintiff,  )<br>  v.  )<br>  )<br>**Church & Dwight Co., Inc.**  )<br>a New Jersey Corporation,  )<br>  )<br>    Defendant.  )  | **Case No. 08C 1198**<br><br>**Hon. Judge Kennelly**<br>**Magistrate Judge Brown** |

### NOTICE OF MOTION

TO:     Christopher E. Haigh
        2038 N. Clark, #105
        Chicago, Illinois 60614

        Geoffrey A. Baker
        DOWELL BAKER, P.C.
        229 Randolph Street
        Oak Park, IL 60302

PLEASE TAKE NOTICE that on Thursday, April 17, 2008, at 9:30 a.m., Defendant, Church & Dwight Co., Inc., will appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and will present **DEFENDANT'S MOTION TO TRANSFER VENUE** and related **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** and **DECLARATION OF BRYAN HARPINE**, copies of which are attached and hereby served upon you.

-2-

                                    Respectfully submitted,

DATED: April 7, 2008         PATTISHALL, McAULIFFE, NEWBURY,
                                     HILLIARD & GERALDSON LLP


                                By:     /Bradley L. Cohn/
                                        Raymond I Geraldson, Jr. (0937649)
                                        Bradley L. Cohn (6224692)
                                        311 South Wacker Drive, Suite 5000
                                        Chicago, Illinois  60606
                                        (312) 554-8000

                                        Attorneys for Defendant,
                                        Church & Dwight Co., Inc.

-3-

## CERTIFICATE OF SERVICE

I, Bradley L. Cohn, hereby certify that a true copy of **DEFENDANT'S MOTION TO TRANSFER VENUE, DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE, DECLARATION OF BRYAN HARPINE**, and foregoing **NOTICE OF MOTION** was served by hand delivery and by first class mail, postage prepaid, this 7th day of April, 2008 upon the following:

>Christopher E. Haigh
>2038 N. Clark, #105
>Chicago, Illinois 60614

and by first class mail, postage prepaid, this 7th day of April, 2008 upon the following:

>Geoffrey A. Baker
>DOWELL BAKER, P.C.
>229 Randolph Street
>Oak Park, IL 60302


       /Bradley L. Cohn/_____