## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **World Wide Sales, Inc.**<br>a Michigan Corporation, | ) ) ) | |
| Plaintiff, | ) | **Case No. 08C 1198** |
| v. | ) ) | **Hon. Judge Kennelly** |
| **Church & Dwight Co., Inc.**<br>a New Jersey Corporation, | ) ) | **Magistrate Judge Brown** |
| Defendant. | ) ) ) | |

## DECLARATION OF BRYAN HARPINE

In accordance with 28 U.S.C. § 1746, I, Bryan Harpine, declare as follows:

1.     I am currently the Director of Marketing -- Global New Products Group, Home Care, for Church & Dwight Co., Inc. ("Church & Dwight").

2.     I have personal knowledge of the facts stated herein and could, if called as a witness, testify competently with regard to them.

3.     Church & Dwight markets and sells its FRIDGE FRESH product, a refrigerator air filter, throughout the United States, and directs this national marketing and sales effort from its headquarters in Princeton, New Jersey.

4.     At the time the FRIDGE FRESH mark was selected and adopted, I was the Director of Marketing – Pet.  I took over responsibility for the FRIDGE FRESH project during the product development phase and was responsible for the execution of the marketing for the FRIDGE FRESH product.

5.    Church & Dwight selected the trademark FRIDGE FRESH in its New Jersey headquarters, and oversaw the filing and prosecution of its application to register the FRIDGE FRESH mark from its headquarters in Princeton, New Jersey.

6.    All of Church & Dwight's current employees responsible for the selection and adoption of the FRIDGE FRESH mark, as well as the marketing and sale of FRIDGE FRESH products, are located in Princeton, New Jersey.

7.    In addition to myself, the following employees of Church & Dwight are or were responsible for the selection and adoption of the FRIDGE FRESH mark, and/or the marketing and sale of the FRIDGE FRESH product:

 a)  Steve Cugine, currently Executive Vice President, Global New Products Group; President of Household Division when the FRIDGE FRESH mark was selected.  Responsibilities for FRIDGE FRESH included approval of the trademark from a business/marketing perspective and package design;

 b)  Bruce Weiss, currently Director of Marketing – Global New Products Group, Sexual and Women's Health; Director of Marketing – Deodorizers and Cleaners at the time the FRIDGE FRESH mark was selected. Responsibilities for FRIDGE FRESH included product innovation;

 c)  Kristen Gates, currently Project Manager, Home Care – Project Management Office – R&D; Associate Product Manager at the time the FRIDGE FRESH mark was selected.  Responsible for leading the FRIDGE FRESH team in executing development, positioning and branding of the FRIDGE FRESH product.

d)  Joe Kossow, Director Air Care Products.  Responsible for day-to-day management of the FRIDGE FRESH brand.

All of the above Church & Dwight employees are located in Princeton, New Jersey.

8.     All of Church & Dwight's records relating to the selection, adoption, and registration of its FRIDGE FRESH mark, and relating to its marketing and sale of the FRIDGE FRESH product, are located in Princeton, New Jersey.

9.     Ferrara & Co. Advertising & Marketing, the company that prepares advertising for the FRIDGE FRESH brand on behalf of Church & Dwight, is located in Princeton, New Jersey.

10.     Two former Church & Dwight employees who were involved in the development of the FRIDGE FRESH mark and/or product are currently located in New Jersey:

a)  Chris Cortina, previously the Product Manager for FRIDGE FRESH. Responsible for the marketing and sales execution of the FRIDGE FRESH product.  On information and belief, Mr. Cortina is currently employed by Schering-Plough in Summit, New Jersey.

b)  Rene Burger, previously employed within the Trade Marketing Group. Responsible for the FRIDGE FRESH launch and trade communications. On information and belief, Ms. Burger is currently employed by Reckitt Benckiser in Parsippany, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Princeton, New Jersey on April 2, 2008

Bryan Harpine