## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1198 | **DATE** | 4/8/2008 |
| **CASE TITLE** | World Wide Sales, Inc. vs. Church & Dwight Co. | | |

**DOCKET ENTRY TEXT**

Defendant has filed a motion to transfer venue but has failed to notice the motion for presentment in open court as required by Local Rule 5.3(b). Unless defendant notices the motion for presentment on a date no later than one week from today, the Court will strike the motion.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|