**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **World Wide Sales, Inc.** | ) | |
| a Michigan Corporation, | ) | |
| | ) | **Case No. 08C 1198** |
| Plaintiff, | ) | |
| **v.** | ) | **Hon. Judge Kennelly** |
| | ) | **Magistrate Judge Brown** |
| **Church & Dwight Co., Inc.** | ) | |
| a New Jersey Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:       Christopher E. Haigh
          2038 N. Clark, #105
          Chicago, Illinois 60614

          Geoffrey A. Baker
          DOWELL BAKER, P.C.
          229 Randolph Street
          Oak Park, IL 60302

PLEASE TAKE NOTICE that on Tuesday, April 15, 2008, at 9:30 a.m., Defendant,

Church & Dwight Co., Inc., will appear before the Honorable Judge Matthew F. Kennelly in

Courtroom 2103 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,

and will present **DEFENDANT'S MOTION TO TRANSFER VENUE** and related

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

and **DECLARATION OF BRYAN HARPINE**, copies of which have already been served upon

you.

287737v1

Respectfully submitted,

DATED: April 8, 2008

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP


By:    ____/Bradley L. Cohn/_____
       Raymond I Geraldson, Jr. (0937649)
       Bradley L. Cohn (6224692)
       311 South Wacker Drive, Suite 5000
       Chicago, Illinois  60606
       (312) 554-8000

       Attorneys for Defendant,
       Church & Dwight Co., Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, Bradley L. Cohn, hereby certify that a true copy of the foregoing **NOTICE OF MOTION** was served by first class mail, postage prepaid, this 8th day of April, 2008 upon the following:

> Christopher E. Haigh
> 2038 N. Clark, #105
> Chicago, Illinois 60614`
>
> Geoffrey A. Baker
> DOWELL BAKER, P.C.
> 229 Randolph Street
> Oak Park, IL 60302

_____/Bradley L. Cohn/_____