# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

World Wide Sales, Inc.

                                Plaintiff,

v.                                                Case No.: 1:08–cv–01198

                                                  Honorable Matthew F. Kennelly

Church & Dwight Co., Inc.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing of 4/21/2008 is vacated and reset for 5/21/2008 at 09:30 AM. Response to motion to transfer is due by 4/29/2008 and reply brief by 5/6/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.