IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| World Wide Sales, Inc.<br><br>        Plaintiff,<br><br>  v.<br><br>Church & Dwight Co., Inc.<br><br>        Defendant. | Civil Action No. 08 C 1198<br><br>Judge: Kennelly<br><br>Jury Trial Demanded |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS

World Wide Sales, Inc. ("WWS") Answers Defendant's Counterclaims as follows.

1.   On August 30, 2002, Plaintiff filed an application to register the trademark Forever Fresh for the Fridge with the United States Patent and Trademark Office. This application was assigned Application Serial No. 78/159,666.

Answer:   Admitted.

2.   On February 19, 2003, an Examining Attorney for the United States Patent and Trademark issued an Office Action requiring, inter alia, that Plaintiff disclaim exclusive rights to the words "Fresh" and "for the Fridge." Attached hereto as Exhibit A is a true and accurate copy of the February 19, 2003 Office Action issued by the United States Patent and Trademark Office for Plaintiff's Application Serial No. 78/159,666.

Answer:   Admitted that Exhibit A appears to be an Office Action and that the Office Action speaks for itself. Otherwise, denied.

1

3.  In its March 13, 2003 Response to the Office Action, Plaintiff agreed to this disclaimer and stated, in part, that "no claim is made to the exclusive right to use the words 'fresh' and 'for the fridge' ..." Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's March 13, 2003 Office Action response.

Answer:     Admitted that Plaintiff made certain statements contained in the file history. Otherwise, denied.

4.  On March 2, 2004, the United States Patent and Trademark Office issued Plaintiff a registration for Forever Fresh for the Fridge, Reg. No. 2,819,639. Plaintiff's disclaimer of exclusive rights in "fresh" and "for the fridge" was inadvertently excluded from the certificate for Registration No. 2,819,639.

Answer:     Admitted that the Reg. No. 2,819,639 issued on the date cited. Otherwise, denied.

5.  On information and belief, Plaintiff made no effort to inform the U.S. Patent and Trademark Office of this error or to correct the registration.

Answer:     Denied.

6.  Plaintiff is currently alleging claims of trademark infringement and unfair competition against Defendant's use of its Fridge Fresh mark, due to Church & Dwight's use of the terms "Fridge" and "Fresh" in its trademark.

Answer:     Admitted that Plaintiff is alleging claims of trademark infringement and unfair competition. Otherwise, denied.

7.  Accordingly, continued registration by Plaintiff of the aforesaid registration, without the required disclaimer of the descriptive wording "Fresh" and "for the Fridge" damages Defendant.

<u>Answer:</u>     Denied.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Christopher E. Haigh |
| Date: <u>April 25, 2008</u> | Christopher E. Haigh |
|  | IPADVISORS, INC. |
|  | 2038 N. Clark, #105 |
|  | Chicago, Illinois  60614 |
|  | (312) 242-1685 |
|  | (312) 277-9002  Facsimile |
|  |  |
|  | <u>/s/ Geoffrey A. Baker</u> |
|  | Geoffrey A. Baker |
|  | DOWELL BAKER, P.C. |
|  | 229 Randolph Street |
|  | Oak Park, IL 60302 |
|  | (708) 660-1413 |
|  | (312) 873-4466 (facsimile) |

Attorneys for Plaintiff World Wide Sales, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 25, 2008 the PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIMS was filed via the Court's ECF system, which in turn served the following counsel for Defendant:

Raymond I. Geraldson, Jr.
Bradley L. Cohn (blc@pattishall.com)
PATTHISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP
311 S. Wacker Drive, Ste. 5000
Chicago, IL 60606