IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| World Wide Sales, Inc.<br><br>                 Plaintiff,<br>v.<br>Church & Dwight Co., Inc.<br><br>                 Defendant. | Civil Action No. 08 C 1198<br><br>Judge: Kennelly<br><br>Jury Trial Demanded |

## DECLARATION OF CHRISTOPHER HAIGH

I, Christopher E. Haigh, declare as follows:

1. I am an attorney duly licensed to practice law in the State of Indiana and the United States District Courts for the Northern and Southern Districts of Indiana. I am counsel for World Wide Sales, Inc., the Plaintiff in this action. I have personal knowledge of the matters stated herein. If called upon to do so, I could and would testify competently that:

2. Attached hereto as Exhibit 1 is a true and accurate copy of a receipt dated March 11, 2008, issued at a Target store located in the Northern District of Illinois.

3. Included in the purchases shown in Exhibit 1 is the purchase of an Arm & Hammer "Fridge Fresh" baking soda product.

1

                                                       Respectfully submitted,

Date: <u>April 29, 2008</u>         /s/ Christopher E. Haigh
                                                 Christopher E. Haigh