**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

World Wide Sales, Inc.

                              Plaintiff,

v.                                               Case No.: 1:08−cv−01198
                                                 Honorable Matthew F. Kennelly

Church & Dwight Co., Inc.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:Oral ruling made on motion to transfer case as related [10]. Motion is denied. Status hearing held on 5/21/2008 and continued to 6/12/2008 at 09:00 AM. Fact discovery cutoff is 1/15/2009. 26(a)(2) disclosures due 2/16/2009. Rebuttal disclosures due 3/16/2009. Expert discovery due 4/16/2009. Deadline for filing of dispositive motions set to 5/15/2009. Time in which to amend pleadings and add parties is 10/15/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.